UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOBBY KELLY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-259 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and

Recommendation to Grant Respondent's Motion for Summary Judgment, the Court renders final

judgment dismissing petitioner's petition for writ of habeas corpus.  Certificate of appealability

is denied.

SIGNED and ORDERED this 30th day of November, 2007.

_____
Janis Graham Jack
United States District Judge